UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARBARA LILLY

VERSUS

DOLLAR GENERAL CORPORATION

CIVIL ACTION

NO. 17-459-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 18, 2017 (R. Doc. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's (R. Doc. 4) Motion to Remand be DENIED.

Signed in Baton Rouge, Louisiana, on October 25, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**